IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECCA A. CORTESY,

    Plaintiff,

vs.                                                                                                                CASE NO. 1:18-CV-00174-KG-LF

LOS ALAMOS NATIONAL LABORATORY,
THE HARTFORD,

    Defendants.

## ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing this action in its entirety with prejudice, each side to bear its own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE